UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAMES FLOURNOY, P00154293,<br><br>Plaintiff. | Case No. 24-cv-02577-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On May 1, 2024, the clerk filed as a new civil action by a prisoner a letter from plaintiff complaining about the conditions of his confinement at the Marin County Jail and notified him in writing that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved application to procced <u>in forma pauperis</u> (IFP), including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  The action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated:  June 10, 2024

_____
CHARLES R. BREYER
United States District Judge